Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Diane Roberts, for the Estate of Jimmy Roberts v. Pfizer Inc.<br><br>08-5228 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009      By: _____

                                                Aylstock, Witkin, Kreis & Overholtz, PLLC
                                                55 Baybridge Drive,
                                                Gulf Breeze, FL 32561
                                                (850) 916-7450 Phone
                                                (850) 932-0280 Fax

                                                    *Attorneys for Plaintiffs*

| 1 | DATED: Jan. 26, 2010   By: _____ |
|---|---|
| 2 | |
| 3 | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 4 | |
| 5 | |
| 6 | *Defendants' Liaison Counsel* |
| 7 | |
| 8 | **PURSUANT TO THE TERMS ~~SET FORTH~~ IN THE PARTIES' STIPULATION, IT IS SO ORDERED.** |
| 9 | |
| 10 | Dated: FEB 2 2 2010 |
| 11 | Hon. Charles R. Breyer<br>United States District Court |